```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39101
   JUAN M ZUNIGA
   GUADALUPE ZUNIGA                          CHAPTER 13

                                             JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-6140    SSN XXX-XX-6266

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/20/04 and confirmed on 01/25/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  23479.80 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 5751.98 | .00 | 5751.98 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 9074.00 | .00 | 5396.72 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2986.04 | .00 | 2986.04 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 828.95 | .00 | 493.01 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1564.04 | .00 | 930.21 |
| JBC LEGAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| MCI TELECOMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RSI ENTERPRISES | UNSECURED | NOT FILED | .00 | .00 |
| RUSH PRESBYTERIAN ST LUK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4089.01 | .00 | 2431.92 |
| YELLOW BOOK OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | 651.45 | .00 | 387.45 |
| WORLD FINANCIAL NETWORK | UNSECURED | 514.48 | .00 | 305.98 |
| NCM TRUST | UNSECURED | 1932.34 | .00 | 1149.25 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | UNSECURED | 395.76 | .00 | 235.38 |

```
          Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5751.98 | 2986.04 | 19050.03 | .00 | 27788.05 |
| PRINCIPAL PAID | 5751.98 | 2986.04 | 11329.92 | .00 | 20067.94 |

```
INTEREST PAID                    .00         .00          .00          .00          .00
TOTAL PAID                   5751.98     2986.04     11329.92          .00     20067.94
```

The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   2700.00
and was paid $    400.00   direct and $   2300.00   through the plan.

The Trustee received $   1111.86 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE